

# United States District Court
# Eastern District of California

| | |
|---|---|
| Southwest Concrete Paving Co. | |
| Plaintiff(s) | Case Number: 2:23-cv-01152-MCE-KJN |
| V. | |
| Penhall Company | APPLICATION FOR PRO HAC VICE |
| Defendant(s) | AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Claudio E. Iannitelli hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Southwest Concrete Paving Co.

On 11/15/1989 (date), I was admitted to practice and presently in good standing in the United States District Court, District of Arizona (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 08/17/2023                Signature of Applicant: /s/ Claudio E. Iannitelli

**Pro Hac Vice Attorney**

Applicant's Name: Claudio E. Iannitelli

Law Firm Name: Iannitelli Marcolini, P.C.

Address: 5353 North 16th Street

Suite 315

City: Phoenix    State: AZ    Zip: 85016

Phone Number w/Area Code: (602) 952-6000

City and State of Residence: Phoenix, AZ

Primary E-mail Address: cei@imlawpc.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Vincent P. Sorrentino

Law Firm Name: Iannitelli Marcolini, P.C.

Address: 5353 North 16th Street

Suite 315

City: Phoenix    State: AZ    Zip: 85016

Phone Number w/Area Code: (619) 356-0603    Bar # 332539

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 21, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE