Dustin T. Lozano, Esq., SBN 296518
  lozano@huntortmann.com
Emily Zung Manninger, Esq., SBN 248344
  manninger@huntortmann.com
HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200    Fax: (626) 796-0107

Attorneys for PENHALL COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST CONCRETE PAVING CO., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PENHALL COMPANY, , a California corporation,<br><br>Defendant. | Case No. 2:23-CV-01152-MCE-KJN<br><br>**ORDER**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Date: April 4, 2024<br>Time: 10:00 a.m.<br>Crtrm.: 7<br><br>Action Filed: June 16, 2023 |

Defendant Penhall Company's Motion to Require Plaintiff Southwest Concrete Paving Co. to file an undertaking in the amount of $250,000 (ECF No. 9) is DENIED.

IT IS SO ORDERED.

Dated: April 12, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE