UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Southwest Concrete Paving Co.,<br>an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>Penhall Company,<br>a California corporation,<br><br>Defendant. | No. 2:23-CV-01152-MCE-CSK<br><br>ORDER RE FIRST STIPULATED EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEFS |

This matter is before the Court on the parties' Joint Motion for Stipulated Extension of Time to File Response and Reply Briefs to Defendant's Motion for Summary Judgement filed June 10, 2024. [DOC 17] Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall file any Response to Defendant's Motion for Summary Judgment on or by July 8, 2024 and that Defendant shall file any Reply brief to its Motion on or by July 26, 2024.

IT IS SO ORDERED.

Dated: July 2, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1