

# United States District Court
# Eastern District of California

| | |
|---|---|
| Southwest Concrete Paving Co. | Case Number: 2:23-CV- 01152-MCE- KJN |
| **Plaintiff(s)** | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Penhall Company | |
| **Defendant(s)** | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

S ot tF . Fren 'b _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff. Southwest Concrete Paving Co. _____

On November 15, 1989 _____ (date), I was admitted to practice and presently in good standing in the

United States Dist ricCourt, District of Arizon a _____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____        Signature of Applicant: /s/ Scott F. Frerichs _____

**Pro Hac Vice Attorney**

Applicant's Name:  Scott F. Frerichs

Law Firm Name:  Sacks Tierney P.A.

Address:  4250 N. Drinkwater Blvd.

4th Floor

City:  Scottsdale          State: AZ          Zip: 85251

Phone Number w/Area Code: (480) 425-2600

City and State of Residence:  Phoenix, Arizona

Primary E-mail Address:  freichs@sackstierney.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:  Christopher D. Lonn

Law Firm Name:  Sacks Tierney P.A.

Address:  4250 N. Drinkwater Blvd.

4th Floor

City:  Scottsdale          State: AZ          Zip: 85251

Phone Number w/Area Code: (480) 425-2600          Bar # 203777

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 26, 2026

Dena Coggins
United States District Judge